AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A USPS Express Mail Parcel addressed to George Lawrence, 318 Eager Road, Apt. D, Valdosta, GA 31602 bearing USPS Tracking Number: EL064739488US | ) ) ) ) ) )<br><br>Case No.  4:17-mj-129/CAS |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
A USPS Express Mail Parcel addressed to George Lawrence, located at 3520 Thomasville Rd, Tallahassee, FL 32309
See attached Affidavit  - Attachment A

located in the _____ Northern _____ District of _____ Florida _____ , there is now concealed *(identify the person or describe the property to be seized)*:
A United States Postal Service Express Mail Parcel addressed to George Lawrence, 318 Eager Road, Apartment D, Valdosta, GA 31602, bearing USPS Tracking Number: EL064739488US.  See attached Affidavit  - Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 841(a) & 846 | Conspiracy to Possess and Distribute a Controlled Substance |

The application is based on these facts:

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Matthew Vecchio, United States Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: 9/6/17

_____
Judge's signature

City and state: Tallahassee, Florida

Charles A. Stampelos
Printed name and title
U S Mag Strate Judge